UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL T. JACKSON,

                Plaintiff,

v.

SHAWNA PATZKOWSKI, et al.,

                Defendants.

Case No. C18-1508-RSM-JPD

ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO ENTER EVIDENCE

       This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff, who is proceeding *pro se*, has filed a "motion to enter evidence," asking the Court to file the attached "evidence" for defendants if needed for pretrial discovery. Dkt. 54. Defendants ask the Court to deny the motion as moot because plaintiff's evidence has already been filed on the docket and there is no additional relief the Court can grant. Dkt. 55. Defendants point out that it was not appropriate for plaintiff to file evidence/exhibits unconnected to a motion properly before the Court, but they do not move to strike, instead reserving the right to challenge the authenticity and admissibility of the "evidence" submitted by plaintiff in any future motion before the Court and at trial. *Id.*

       Having considered the parties' submissions, the Court DENIES plaintiff's motion, Dkt. 54, as moot. Plaintiff is reminded that he may not file discovery requests or responses with the

ORDER DENYING AS MOOT
PLAINTIFF'S MOTION TO ENTER
EVIDENCE - 1

1 Court and instead must serve them directly on defendants.  In addition, plaintiff should refrain

2 from filing "evidence" with the Court unless it is attached to a motion asking for relief beyond

3 simply filing the evidence on the docket.

4     The Clerk is directed to send copies of this order to the parties and to the Honorable

5 Ricardo S. Martinez.

6     Dated this <u>26th</u> day of <u>February</u>, 2019.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING AS MOOT
PLAINTIFF'S MOTION TO ENTER
EVIDENCE - 2