UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL T. JACKSON,

               Plaintiff,

    v.

SHAWNA PATZKOWSKI, et al.,

               Defendants.

Case No. C18-1508-RSM-JPD

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND COMPLAINT

       This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff, who is proceeding *pro se*, moves to amend his original complaint for the sole purpose of adding line numbers to the fact section of his original complaint without changing the substance of this section. Dkt. 34. Defendants do not oppose the motion so long as the Court makes clear that the original and amended complaints are to be considered together as the operative complaint because plaintiff fails to include in his amended complaint the relief section and the attached documents from his original complaint. Dkt. 38.

       As the parties recognize, plaintiff's proposed amendment will make it easier for the parties and Court to reference plaintiff's factual allegations and claims. At the same time, plaintiff's proposed amendment cannot stand alone because it does not identify the requested

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND COMPLAINT - 1

relief.  Given plaintiff's mental health issues, the Court agrees with defendants that the original and amended complaints should be considered together as the operative complaint, instead of requiring further amendment from plaintiff.

Accordingly, the Court GRANTS plaintiff's motion for leave to amend, Dkt. 34, and directs the Clerk to file the proposed amendment, Dkt. 34-1, on the docket and note that the amended and original complaints, Dkt. 6, together constitute the operative complaint in this action.  Defendants shall file an answer to the operative complaint within the timeframe specified by the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 26th day of February, 2019.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge