UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL T. JACKSON,

Plaintiff,

v.

SHAWNA PATZKOWSKI, et al.,

Defendants.

CASE NO. C18-1508RSM-MLP

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on former United States Magistrate Judge James P. Donohue's Report and Recommendation ("R&R") to the Undersigned. Dkt. #37. Judge Donohue advised that Plaintiff's Motion for a Temporary Restraining Order/Injunction (Dkt. #36) should be denied. Plaintiff, a pro se state prisoner, filed his Motion on the basis that unless the Court enjoined his imminent transfer to general population—from the intensive management unit—"problems would reasonably occur." Dkt. #36 at 1–2. Concluding that Plaintiff was unlikely to succeed on the merits and that his asserted harm was speculative, as opposed to imminent and irreparable, Judge Donohue recommended Plaintiff's Motion be denied. Dkt. #37.

Plaintiff has objected to the R&R, arguing that his history and understanding of prison practice makes assault far more likely and that Defendants are moving him to cause him to be assaulted. Dkt. #41 at 1–3. But while Plaintiff further expands on his belief that he will be

ORDER – 1

assaulted upon being transferred to general population, the harm remains speculative. Moreover, the R&R's recommendation to deny Plaintiff's Motion was based on more than merely the lack of imminent harm. *See* Dkt. #37. Plaintiff does nothing to address the other deficiencies that also factor into Judge Donohue's recommendation.

Accordingly, having reviewed the R&R and Plaintiff's objections, the Court finds and ORDERS:

1. The Report and Recommendation (Dkt. #37) is ADOPTED.
2. Plaintiff's Motion for a Temporary Restraining Order/Injunction (Dkt. #36) is DENIED.

Dated this 12 day of March, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2