UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL T. JACKSON,

    Plaintiff,

v.

SHAWNA PATZKOWSKI, et al.,

    Defendants.

CASE NO. C18-1508RSM-MLP

ORDER ADOPTING SECOND REPORT AND RECOMMENDATION

    This matter is before the Court on former United States Magistrate Judge James P. Donohue's Report and Recommendation ("R&R"). Dkt. #65. Judge Donohue recommends that Plaintiff's Motion for Preliminary Injunctions/Temporary Restraining Order (Dkt. #57) be denied. Dkt. #65. The Court agrees.

    Plaintiff is a pro se prisoner asserting civil rights actions against numerous individual defendants working for the Washington State Department of Corrections. Plaintiff previously sought an injunction on the basis that his imminent return to general population was likely to result in "problems" including Plaintiff's assault. Dkt. #36. Plaintiff sought certain relief if he was assaulted within 72 hours of returning to general population. *Id.* Judge Donohue recommended denial of Plaintiff's motion as it failed to satisfy the standards for issuing a

ORDER – 1

preliminary injunction. Dkt. #37. Plaintiff was subsequently moved to general population and filed a second motion for a preliminary injunction. Dkt. #57.

Plaintiff's current motion indicates that he was transferred to general population, was involved in a physical altercation within approximately a half-hour of being transferred, and has now been returned to an intensive management unit. *Id.* Plaintiff also alleges that he has been deprived of his property and will soon be returned to a general population unit. *Id.* Plaintiff therefore seeks the relief that the Court previously did not grant. *Id.* Defendants oppose Plaintiff, presenting evidence and arguing that Plaintiff in fact initiated the altercation, was not injured, and was afforded due process in his movements. Dkt. #60. Judge Donohue again recommends that Plaintiff's motion for injunctive relief be denied as he fails make the necessary showing for a preliminary injunction to issue and the Court is loath to intervene in the day-to-day management of prisons. Dkt. #65.

Plaintiff has objected to the R&R. Dkt. #75. Plaintiff disagrees with the evidence submitted by Defendants and disputes the factual findings that serve as the basis for Judge Donohue's R&R. *Id.* But none of Plaintiff's arguments demonstrate error or come close to providing a sufficient legal basis for injunctive relief.

Lastly, Plaintiff has filed his objections under seal but has provided no basis for doing so. *Id.* Plaintiff has provided the Court no guidance for its review and has failed to establish a compelling reason sufficient to overcome the strong presumption that the public is entitled to access to the Court's files. LCR 5(g) (noting "strong presumption of public access"); *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (compelling reason must overcome presumption of public access and justify sealing). Plaintiff's objections will therefore be unsealed.

ORDER – 2

Accordingly, having reviewed the R&R and Plaintiff's objections and for the reasons articulated in Judge Donohue's R&R and this Order, the Court finds and ORDERS:

1. The Report and Recommendation (Dkt. #65) is ADOPTED.
2. Plaintiff's Motion for a Temporary Restraining Order/Injunction (Dkt. #57) is DENIED.
3. The Clerk shall immediately UNSEAL Plaintiff's Objections to R&R (Dkt. #75).

Dated this 2 day of April, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE