UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYNTREL T. JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAWNA PATZKOWSKI, et al.,<br><br>　　　　Defendants. | CASE NO. C18-1508 RSM-MLP<br><br>ORDER DENYING MOTION FOR PROTECTIVE ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. #97).

2. Plaintiff's motion for a protective order (Dkt. #64) is DENIED.

Dated this 7th day of June 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1