UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL TREVYONE JACKSON,

    Plaintiff,

v.

SHAWNA PATZKOWSKI,

    Defendant.

Case No. C18-1508-RSM-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

For the reasons stated on the record, the Court rules on Plaintiff's motions to compel as follows: Plaintiff's requests for production 4, 5, 6, in his second motion to compel (dkt. # 130) are DENIED. Plaintiff's request for production 9 in his second motion to compel (dkt. # 130) is DENIED, in part, and GRANTED, in part. Defendants are ordered to produce personnel actions from 2014 to the present involving Defendants Gonzales and Hubbs that relate to the denial of religious materials within 14 days of this order. In Defendants' response, Defendants must state how burdensome it would be to provide inmate grievances from 2014 to the present involving Defendants Gonzales and Hubbs that relate to the denial of religious materials. Plaintiff's request

MINUTE ORDER - 1

for production 15 in his second motion to compel (dkt. # 130) is DENIED, in part, and GRANTED, in part. Defendants are ordered to conduct a search for the slides created by Defendant Hubbs that Plaintiff requested. Defendant is ordered to either produce the slides or submit a declaration stating why she could not produce them within 14 days. Plaintiff's request for production 22 in his motion to compel (dkt. # 129) is DENIED.

The Clerk is directed to re-note Defendants' motion for summary judgment (dkt. # 138) to February 14, 2020.

Dated this 19th day of December, 2019.

William M. McCool  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2