UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL TREVYONE JACKSON,

    Plaintiff,

v.

SHAWNA PATZKOWSKI,

    Defendant.

Case No. C18-1508 RSM-MLP

ORDER

Currently before the Court is Plaintiff's motion for reconsideration (dkt. # 162) of the Court's order on Plaintiff's motion to compel (dkt. # 157). Motions for reconsideration are disfavored in this district. Such motions will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." LCR 7(h)(1). Here, Plaintiff has not shown a manifest error in the Court's prior ruling, nor has he presented new facts or legal authority which could not have been brought to the Court's attention earlier through reasonable diligence. The arguments presented in Plaintiff's motion for reconsideration were brought to the Court's attention in the prior pleadings filed in support of his motion to compel and at the hearing held on the motion (dkt. # 156), and therefore Plaintiff has not made either of the

ORDER - 1

showings required by LCR 7(h)(1). As a result, his motion for reconsideration (dkt. # 162) is DENIED.

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 8th day of January, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2