UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNTREL JACKSON,

    Plaintiff

v.

SHAWNA PATZKOWSKI, et al.,

    Defendants.

CASE NO. C18-1508-RSM-MLP

ORDER DENYING MOTION E-FILE, APPOINT COUNSEL, FOR COPIES OF DOCUMENTS

    This matter comes before the Court on Plaintiff's October 28, 2020, "Request for Preliminary Injunction," interpreted by this Court as a motion seeking to e-file, for the appointment of counsel, and for copies of documents filed on the docket. Dkt. #187. Plaintiff states that "since September 21, 2020 the plaintiff has not received any e-filings… and has been denied to e-file the court by WCC staff…" *Id*. at 1. The Plaintiff seeks as relief all filings from September 21, 2020, to October 28, 2020, that he "be allowed to e-file or that this case be conducted via the U.S. mail," that he be appointed counsel "due to inability to conduct legal proceedings at WCC," and that all rulings made from September 21, 2020, to October 28, 2020, be deemed void or moot. *Id*. at 2.

    The Court has reviewed the docket and finds that there were no filings from September 21, 2020, to October 28, 2020. Plaintiff missed nothing. It appears Plaintiff is currently set up for e-filing, and in any event has communicated with the Court since October 28, 2020. *See* Dkt.

ORDER DENYING MOTION E-FILE, APPOINT COUNSEL, FOR COPIES OF DOCUMENTS – 1

#192. Plaintiff fails to set forth any reasonable basis for the appointment of counsel, and the Court finds no reason to do so. There are no rulings from September 21, 2020, to October 28, 2020, to deem void or moot.

Having reviewed this Motion, along with the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion, Dkt. #187, is DENIED AS MOOT. Defendants' Motion for Summary Judgment, Dkt. #138, remains pending along with a Report and Recommendation and Objections thereto filed by all parties.

DATED this 21st day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE