UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYNTREL JACKSON,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SHAWNA PATZKOWSKI, et al.,<br><br>　　　　Defendants. | Case No. C18-1508-RSM<br><br>ORDER CONTINUING TRIAL |

　　　This matter comes before the Court *sua sponte*. Due to an unavoidable conflict on the current trial date, the Court finds that the trial in this matter must be continued to the next available time in the Court's calendar.

　　　Accordingly, the Court hereby FINDS and ORDERS:

1. Trial is CONTINUED to **January 30, 2023**, at 9:00 AM. The pretrial order is now due January 18, 2023. Trial briefs are to be submitted by January 25, 2023. Proposed voir dire/jury instructions are to be submitted by January 25, 2023.

2. The Motion and Transport Order at Dkt. #203 is STRICKEN as moot. The Court DIRECTS Defendants to re-file this Motion with corrected dates prior to trial.

3. All other existing deadlines, including the deadline to respond to motions in limine, remain unchanged.

DATED this 25th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　   　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL - 1