UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYNTREL JACKSON, | CASE NO. C18-1508 RSM |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| SHAWNA PATZKOWSKI, ET AL., | |
| Defendants. | |

The Court hereby appoints the following attorneys as counsel for Plaintiff pursuant to the Plan of the United States District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions and the Court's Rules Governing Pro Bono Panel ("Rules"):

Kaleigh N. Boyd
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
(206) 682-5600
kboyd@tousley.com

Cecily C. Jordan
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
(206) 682-5600
cjordan@tousley.com

ORDER APPOINTING COUNSEL – 1

Counsel and Plaintiff may agree to a limited scope of representation as may be appropriate. Counsel is requested to file a notice of appearance, delineating any limitations on the scope of representation, as soon as reasonably possible and is directed to file the notice no later than seven (7) days from the date of this Order. If counsel is unable, for a reason set forth in the Rules, to assume this representation, a motion for relief from appointment should immediately be filed.

In the event Plaintiff prevails, appointed counsel may move for an award of attorneys' fees under any applicable authority. However, the Court is unable to assure counsel of compensation from any other source.

The Clerk is directed to <u>email</u> a copy of this Order, in addition to the notices otherwise generated, to the attorneys appointed herein (kboyd@tousley.com and cjordan@tousley.com).

IT IS SO ORDERED.

DATED this 9th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL – 2