The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYNTREL TREVYONE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>SHAWNA PATZKOWSKI, et al.,<br><br>Defendants. | NO. 2:18-cv-01508-RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION REGARDING NOTICE OF APPEARANCE** |

Before the Court is Counsel's Unopposed Motion Regarding Notice of Appearance (Dkt. #216). The Motion is GRANTED. Counsel may file a notice of appearance within seven days without prejudice to their ability to later file an amended notice of appearance limiting the scope of their representation.

IT IS SO ORDERED.

DATED this 10th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION REGARDING NOTICE OF APPEARANCE - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: *s/Kaleigh N. Boyd*
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Kaleigh N. Boyd, WSBA #52684
kboyd@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992

ORDER GRANTING MOTION REGARDING NOTICE OF APPEARANCE - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992