# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYNTREL JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>SHAWNA PATZKOWSKI, et al.,<br><br>Defendants. | No. 2:18-cv-01508-RSM<br><br>**ORDER TO CONTINUE TRIAL DATE AND CASE SCHEDULE** |

This matter comes before the Court on the Stipulated Motion of the parties requesting to continue trial until January 15, 2024.  Dkt. #224. The Court finds good cause to grant this Motion and hereby FINDS and ORDERS that the Motion is GRANTED and trial is continued to January 15, 2024.  A new scheduling order will follow.

DATED this 19th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE