UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYNTREL JACKSON, | CASE NO. C18-1508 RSM |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| SHAWNA PATZKOWSKI, ET AL., | |
| Defendants. | |

This matter comes before the Court on the Motion of Cecily C. Jordan and Kaleigh N. Boyd of Tousley Brain Stephens PLLC to withdraw as pro bono counsel for Plaintiff Kyntrel Trevyone Jackson. Dkt. #245. No responsive briefing has been filed.

There is good cause for the Court to grant this Motion as an irreconcilable conflict has emerged between counsel and Plaintiff Jackson, and counsel states that professional considerations, consistent with RPC 1.16(b), support termination of the representation.

This Motion is brought under Local Rule 83.2(b) and the Court finds that the requirements of that rule have been met. Plaintiff's address is:

Washington State Penitentiary
1313 North 13th Avenue
Walla Walla, WA 99362

ORDER APPOINTING COUNSEL – 1

1  The Court, having considered the Motion and the remainder of the record, hereby find
2  and ORDERS that the Motion of Cecily C. Jordan and Kaleigh N. Boyd to withdraw as pro bono
3  counsel for Plaintiff Kyntrel Trevyone Jackson, Dkt. #245, is GRANTED.  Cecily C. Jordan and
4  Kaleigh N. Boyd of Tousley Brain Stephens PLLC will be noted by the Clerk of the Court as
5  prior counsel for Plaintiff Kyntrel Trevyone Jackson.

7  DATED this 11th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL – 2